**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 20-16145

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Magistrate Case No. 9238253 (Class A)** |
| **v.** | |
| **ROBERT J. STRIMEL** | **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Sarah E. Luciano, Esq.** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **24th day of October 2020**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**ROBERT J. STRIMEL** did commit:

Possession of Firearms & Dangerous Weapon in Federal Facilities in violation of 18 USC 930.

The name of the Complainant is **Sarah E. Luciano, Esq.**

**SARAH E. LUCIANO, Esq.**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 26TH DAY OF OCTOBER 2020.**

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

10/26/20 NK 12/10/20